UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| EDWARD LEWIS, WANDA BRANTON, MARIA HEDGER, KANEKE KEKAUALUA, LESLIE CLAIRMONT, SAMUEL GREEN<br><br>      PLAINTIFFS<br><br>VERSUS<br><br><br><br>INTERHEALTH NUTRACEUTICALS INCORPORATED, IOVATE HEALTH SCIENCES USA, INC., IOVATE HEALTH SCIENCES, INC., IOVATE HEALTH SCIENCES RESEARCH, INC., IOVATE HEALTH SCIENCES GROUP, INC. N/K/A KERR INVESTMENT HOLDING CORP, IOVATE HEALTH SCIENCES INTERNATIONAL, INC., MUSCLETECH RESEARCH AND DEVELOPMENT, INC., VITAQUEST INTERNATIONAL, LLC, GARDEN STATE NUTRITIONALS, INC., HVL INCORPORATED, HVL LLC, BACTOLAC PHARMACEUTICAL INC., CVS PHARMACY, INC.; CVS RX SERVICES, INC., WAL-MART STORES, INC., VITAMIN SHOPPE, INC., WALGREEN CO.<br><br>      DEFENDANTS | Case No: 2:12-cv-00980-WSB-DAD<br><br><br><br><br>ORDER FOR CONTINUANCE OF STATUS CONFERENCE PENDING TRANSFER TO MDL NO. 2087 |

ORDER FOR CONTINUANCE OF STATUS CONFERENCE
PENDING TRANSFER TO MDL NO. 2087

THIS MATTER having come before the Court on the Plaintffs Order for Continuance of Status Conference Pending Transfer to MDL No. 2087, and this Court having considered all submissions made, finds that said motion is well taken.

**IT IS HEREBY ORDERED** that the motion is **GRANTED,** the status conference is moved to October 29, 2012 at 2:00 p.m. due to pending transfer to MDL No. 2087.

SO ORDERED AND ADJUDGED, this 2nd day of August, 2012.

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```